IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TYRONE L. SMITH,**

    **Plaintiff,**

v.                                                  Case No. 4:25-cv-208-AW-MAF

**GOVERNOR DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on that basis. He also neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on July 21, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge